IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAVOURIS M. WADE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2336

Opinion filed November 12, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Tavouris M. Wade, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

    DISMISSED.

BENTON, ROBERTS, and RAY, JJ., CONCUR.